IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:11CR3059 |
| | ) | |
| v. | ) | |
| | ) | MEMORANDUM AND ORDER |
| MICHAEL BREAULT, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1) The government's motion, (filing no. 24), is granted.

2) A hearing to set a trial date will be held before the undersigned magistrate judge on November 14, 2011 at 10:30 AM in Courtroom 2, Robert V. Denney Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

3) The defendant, his counsel, and counsel for the government shall appear at this hearing.

DATED this 8th day of November, 2011.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge