IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | 4:11CR3059 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| MICHAEL BREAULT, | |
| Defendant. | |

IT IS ORDERED that:

1. The defendant's unopposed motion to continue sentencing (filing 51) is granted.

2. Defendant Michael Breault's sentencing is continued to Monday, July 30, 2012, at 10:30 a.m., before the undersigned United States District Judge, in Courtroom No. 1, Robert V. Denney United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present at the hearing.

Dated this 21st day of May, 2012.

BY THE COURT:

John M. Gerrard
United States District Judge